In the Matter of the Application of NICHOLAS J. POWERS, Appellant, for a Writ of Mandamus against HANS DAHL, as Clerk of Rensselaer County, Respondent.

*Matter of Powers* v. *Dahl*, 173 App. Div. 501, reversed.

(Argued October 9, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 10, 1916, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the reinstatement of the petitioner as custodian of records in the Rensselaer county clerk's office, on the

ground that he was illegally removed therefrom without a hearing upon due notice upon stated charges, contrary to section 22 of the Civil Service Law, the applicant being an honorably discharged soldier, having served in the army of the United States during the war with Spain. The defense is that the position was a personal and confidential one, and that the applicant's tenure ended by operation of law.

*Michael D. Nolan* and *Edward L. Nugent* for appellant.

*Herbert F. Roy* for respondent.

Order reversed, with costs in all courts, on the dissenting opinion of COCHRANE, J., below, and peremptory writ of mandamus granted.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN and CARDOZO, JJ. Dissent, on opinion of WOODWARD, J., below: HISCOCK and CUDDEBACK, JJ.